FILED ☒    LODGED
___ RECEIVED          COPY

MAY 2 7 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-00812-PHX-SMB- (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1 -21 |
| 1. Maurisio Ortiz, (Counts 1-22) | | |
| 2. Daniel Roman, (Count 22) | | 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2 (Material False Statement During the Purchase of a Firearm – Aid and Abet) Count 22 |
| Defendants. | | |
| | | 18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-22**</u>

On or about the dates below, in the District of Arizona, Defendant, MAURISIO ORTIZ, knowingly made false statements and representations in connection with the acquisition of a firearm to Jones & Jones, which were intended and likely to deceive Jones & Jones as to a fact material to the lawfulness of a sale of a firearm by Jones & Jones,

which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, MAURISIO ORTIZ, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | Make | Type |
|---|---|---|---|
| 1 | December 10, 2022 | Carl Walther | Pistol |
| 2 | July 22, 2023 | Beretta | Pistol |
| 3 | November 30, 2023 | Beretta | Pistol |
| 4 | December 21, 2023 | Beretta | Pistol |
| 5 | January 16, 2024 | Beretta | Pistol |
| 6 | January 25, 2024 | Beretta | Pistol |
| 7 | January 31, 2024 | Beretta | Pistol |
| 8 | February 6, 2024 | Carl Walther | Pistol |
| 9 | March 2, 2024 | Carl Walther | Pistol |
| 10 | March 20, 2024 | Carl Walther | Pistol |
| 11 | March 26, 2024 | Carl Walther | Pistol |
| 12 | March 29, 2024 | Carl Walther | Pistol |
| 13 | April 9, 2024 | 2 Carl Walther's | Pistols |
| 14 | April 11, 2024 | 2 Carl Walther's | Pistols |
| 15 | April 13, 2024 | Carl Walther | Pistol |
| 16 | April 25, 2024 | Carl Walther | Pistol |
| 17 | April 27, 2024 | 2 Glocks | Pistols |
| 18 | April 30, 2024 | 2 Carl Walther's | Pistols |
| 19 | May 6, 2024 | 2 Carl Walther's | Pistols |
| 20 | May 9, 2024 | 2 Glocks | Pistols |
| 21 | May 13, 2024 | 2 Glocks | Pistols |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 22

On or about May 15, 2024, in the District of Arizona, Defendant, MAURISIO

- 2 -

ORTIZ, did knowingly aid and abet Defendant, DANIEL ROMAN, in knowingly making a false statement and representation in connection with the acquisition of a firearm to Jones & Jones, which was intended and likely to deceive Jones & Jones as to a fact material to the lawfulness of the sale of a firearm by Jones & Jones, which is licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant, DANIEL ROMAN, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, stating he was the actual buyer or transferee of the firearms, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant, MARUISIO ORTIZ.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## **FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations in Counts 1-22 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-22 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided

without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  May 27, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
SHEILA PHILLIPS
Assistant U.S. Attorney

- 4 -